Opinion approved by the Court.

### MUSGROVE v. STATE.
#### No. 25661.

Court of Criminal Appeals of Texas.

Jan. 23, 1952.

### COWSERT v. STATE.
#### No. 25664.

Court of Criminal Appeals of Texas.

Jan. 23, 1952.

264

---

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Possession of beer for sale in a dry area is the offense; the punishment, a fine of $500 and ninety days in jail.

No statement of facts and no bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.